# PRIORITY MAIL EXPRESS

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

FROM: (PLEASE PRINT)
Lisa Whitehead
988 Lumsden Manor Dr. N.
Unit 303
Memphis, TN 38017

TO: (PLEASE PRINT)
US District Court Western Dist. TN
Federal Building
167 N. Main St.
Room 242
Memphis, TN 38103
38103

Tracking #: EJ 720 578 534 US

Date Accepted: 8-11
Scheduled Delivery Date: 8-12
Postage: $26.35
Total Postage & Fees: $26.35

PS10001000006
EP13F May 2020
OD: 12 1/2 x 9 1/2

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996