Lisa Whitehead
988 Lumsden Manor Dr. N.
Unit 303
Memphis, TN 38017

U.S. District Court Western District o
Federal Bldg.
167 N. Main St.
Room 242
Memphis, TN 38103