Lisa Whitehead
v
Sterling Jewelers, Inc.

Lisa Whitehead
v
Sterling Jewelers, Inc

**JOHN T. FOWLKES, JR.**   TU M. PHAM