# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LISA WHITEHEAD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 2:21-cv-02525-JTF-tmp |
| STERLING JEWELERS, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE

Before the Court is Defendant Sterling Jewelers, Inc.'s Motion for Judgment on the Pleadings, filed on May 12, 2022. (ECF No. 36.) Plaintiff Lisa Whitehead filed a Complaint against Defendant under Title VII of the Civil Rights Act of 1964 on August 12, 2021. (ECF No. 1.) On October 20, 2021, Plaintiff filed an Amended Complaint against Defendant. (ECF No. 13.) On April 15, 2022, Defendant filed an answer to Plaintiff's Amended Complaint. (ECF No. 28.) Service of process was executed by Plaintiff upon Defendant on April 18, 2022. (ECF No. 32.) On May 4, 2022, a notice of appearance was filed advising the Court that Attorney Christian West-Coleman would represent Plaintiff in this matter. (ECF No. 34.)

Upon review of the record, Plaintiff had until Friday, June 10, 2022 to file a response to Defendant's Motion for Judgment on the Pleadings. To date, no response has been filed. Therefore, the Court enters this Order to Show Cause. Plaintiff Lisa Whitehead is **ORDERED** to show cause why the Court should not grant Defendant Sterling Jewelers, Inc.'s Motion for Judgment on the Pleadings. Plaintiff has until 5:00 p.m. on July 6, 2022 to respond.

**IT IS SO ORDERED** this 21st day of June, 2022.

                                                 ***s/ John T. Fowlkes, Jr.***
                                                 JUDGE JOHN T. FOWLKES, JR.
                                                 UNITED STATES DISTRICT JUDGE