**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

LISA WHITEHEAD,

    **Plaintiff,**

v.                                                                    **No. 2:21-cv-02525-JTF-tmp**

STERLING JEWELERS, INC.,

    **Defendant.**

---

## ORDER GRANTING PLAINTIFF'S MOTION AND AMENDED MOTION TO WITHDRAW

Before the Court is Christian West-Coleman's Motions to Withdraw as Attorney for the Plaintiff Lisa Whitehead, that were filed on October 20, 2022, and October 27, 2022.   (ECF No. 53 and ECF No. 58).   Counsel indicates that she has started a new position and may no longer represent Plaintiff. The motions are unopposed. For good cause shown, the Motions to Withdraw as Counsel are GRANTED. Accordingly, Christian West-Coleman is allowed to withdraw as counsel for Plaintiff in this matter.   However, before withdrawal Movant is directed to inform Plaintiff that either new counsel, or Plaintiff, is required to appear at the November 30, 2022  status conference to appraise the Court of legal representation.

    **IT IS SO ORDERED** on this 31st day of October 2022.

                                          **_s/John T. Fowlkes, Jr._**
                                          JOHN T. FOWLES, JR.
                                          UNITED STATES DISTRICT JUDGE