IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LISA WHITEHEAD,

    Plaintiff,

v.                                                              No. 2:21-cv-02525-JTF-tmp

STERLING JEWELERS, INC.,

    Defendant.

## ORDER DENYING PLAINTIFF'S MOTION TO EXTEND REMAINING DEADLINES
## AND
## AMENDED MOTION TO EXTEND DISCOVERY DEADLINES

Before the Court are Plaintiff's Motion to Extend Remaining Deadlines filed on October 17, 2022, and Plaintiff's Amended Motion to Extend Deadlines filed on October 20, 2022. (ECF Nos. 52 and 56). The motions are opposed. (ECF No. 57.) Upon review, the Court finds that the motions to extend the ADR and remaining deadlines are not well taken and should be DENIED. However, the ADR deadline that was extended by the Court to November 3, 2022, ECF No. 48, is cancelled. A new mediation deadline, as well as any other necessary deadlines, will be established at the upcoming status conference.

A status conference is set for Wednesday, November 30, 2022, at 9:15 a.m.

      **IT IS SO ORDERED** on this 31st day of October 2022.

                                                      *s/John T. Fowlkes, Jr.*
                                                      JOHN T. FOWLKES, JR.
                                                      UNITED STATES DISTRICT JUDGE