IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LISA WHITEHEAD, | ) |
| Plaintiff, | ) ) ) Case No. 2:21-cv-02525 |
| v. | ) ) |
| STERLING JEWELERS, INC., | ) ) |
| Defendant. | ) ) |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF COUNSEL**

Under Local Rule 83.5, Erin Shackelford of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. hereby withdraws as counsel for Defendant Sterling Jewelers, Inc. as other attorneys with the firm are handling representation of Defendant. William S. Rutchow and Luci R. Nelson, also of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., will remain as counsel for the Defendant in this case.

Dated this the 17th day of November 2022.

Respectfully Submitted,

*s/William S. Rutchow*
William S. Rutchow, TN #017183
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908
bill.rutchow@ogletree.com

Luci L. Nelson, TN #036354
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
The Ogletree Building
300 N. Main St., Suite 500
Greenville, SC 29601
Telephone: 864-271-1300
Facsimile: 864-235-8806
Luci.nelson@ogletree.com
*Admitted pro hac vice*
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of November, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon and was served via Certified U.S. Mail, Return Receipt Requested upon the following:

Lisa Whitehead
P.O. Box 30076
Memphis, TN 38130

Lisa Whitehead
988 Lumsden Manor 303
Collierville, TN 38017

*Plaintiff, pro se*

*s/ William S. Rutchow*