AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee, Western

| Lisa Whitehead | ) | |
|---|---|---|
| v. | ) | |
| Sterling Jewelers, Inc. | ) | Case No.: 2:21-cv-02525-JTF-tmp |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __01/03/2023__ against __Plaintiff__,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ |
| Fees for service of summons and subpoena ........................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 2,476.50 |
| Fees and disbursements for printing .................................. | |
| Fees for witnesses *(itemize on page two)* ............................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ........................................ | |
| Docket fees under 28 U.S.C. 1923 ................................... | |
| Costs as shown on Mandate of Court of Appeals ....................... | |
| Compensation of court-appointed experts .............................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................ | |
| TOTAL $ | 2,476.50 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

✔ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: __Luci L. Nelson__

Name of Attorney: __Luci L. Nelson__

For: __Sterling Jewelers, Inc.__          Date: __1/9/2023__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*          *Deputy Clerk*          *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Veritext, LLC - Southeast Division**

Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Luci L. Nelson Esq<br>Ogletree Deakins Nash Smoak & Stewart PC<br>300 N Main St<br>The Ogletree Building, Suite 500<br>Greenville, SC, 29601 | | |
|---|---|---|---|
| | | **Invoice #:** | **6091667** |
| | | **Invoice Date:** | **10/10/2022** |
| | | **Balance Due:** | **$220.00** |

| Case: Whitehead, Lisa v. Sterling Jewelers, Inc (2:21cv02525JTFTMP) | **Proceeding Type: Depositions** |
|---|---|

| Job #: 5470571   |   Job Date: 10/7/2022   |   Delivery: Normal | Client Matter #: | 053648.000026 |
|---|---|---|
| Location:        Charleston, SC | | |
| Billing Atty:    Luci L. Nelson Esq | | |
| Scheduling Atty:  Luci L. Nelson Esq | Ogletree Deakins Nash Smoak & Stewart PC | | |

| Witness: Lisa Whitehead | Quantity | Price | Amount |
|---|---|---|---|
| Cancellation of Reporting Services | 1.00 | $175.00 | $175.00 |
| Veritext Virtual Cancellation | 1.00 | $45.00 | $45.00 |

| Notes: | **Invoice Total:** | **$220.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$220.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6091667
**Invoice Date:** 10/10/2022
**Balance Due:** $220.00

Pay by Credit Card: www.veritext.com

54285

**Veritext, LLC - Southeast Division**

Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Luci L. Nelson Esq |
| | Ogletree Deakins Nash Smoak & Stewart PC |
| | 300 N Main St |
| | The Ogletree Building, Suite 500 |
| | Greenville, SC, 29601 |

| | |
|---|---:|
| **Invoice #:** | **6114174** |
| **Invoice Date:** | **10/19/2022** |
| **Balance Due:** | **$25.00** |

**Case: Whitehead, Lisa v. Sterling Jewelers, Inc (2:21cv02525JTFTMP)**     **Proceeding Type: Depositions**

Job #: 5470571   |   Job Date: 10/7/2022   |   Delivery: Normal         Client Matter #:        053648.000026

Location:          Charleston, SC
Billing Atty:      Luci L. Nelson Esq
Scheduling Atty:   Luci L. Nelson Esq | Ogletree Deakins Nash Smoak & Stewart PC

| Witness: Lisa Whitehead | Quantity | Price | Amount |
|---|---:|---:|---:|
| Statement on the Record (Pages) | 1.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $25.00 | $25.00 |

| Notes: | Sealed statement on the record | | |
|---|---|---|---:|
| | | **Invoice Total:** | **$25.00** |
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$25.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6114174
**Invoice Date:** 10/19/2022
**Balance Due:** $25.00

Pay by Credit Card: www.veritext.com

54285

**Veritext, LLC - Southeast Division**

Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Luci L. Nelson Esq<br>Ogletree Deakins Nash Smoak & Stewart PC<br>300 N Main St<br>The Ogletree Building, Suite 500<br>Greenville, SC, 29601 | **Invoice #:** | **6157661** |
|---|---|---|---|
| | | **Invoice Date:** | **11/7/2022** |
| | | **Balance Due:** | **$2,231.50** |

| Case: Whitehead, Lisa v. Sterling Jewelers, Inc. (2:21cv02525JTFTMP) | **Proceeding Type: Depositions** |
|---|---|

Job #: 5527858   |   Job Date: 10/17/2022   |   Delivery: Normal            Client Matter #:            053648.000026

Location:          Memphis, TN
Billing Atty:      Luci L. Nelson Esq
Scheduling Atty:   Luci L. Nelson Esq | Ogletree Deakins Nash Smoak & Stewart PC

| Witness: Lisa Whitehead | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original with 1 Certified Transcript | 287.00 | $4.80 | $1,377.60 |
| Attendance - Add'l Hours | 5.00 | $35.00 | $175.00 |
| Veritext Virtual Primary Participants | 1.00 | $315.00 | $315.00 |
| Litigation Package-Secure File Suite | 1.00 | $24.00 | $24.00 |
| Conference Suite & Amenities | 1.00 | $150.00 | $150.00 |
| Exhibits - Scanned/Searchable/OCR | 123.00 | $0.30 | $36.90 |
| Veritext Exhibit Package (ACE) | 1.00 | $28.00 | $28.00 |
| Attendance - First 2 Hours | 1.00 | $100.00 | $100.00 |
| Delivery & Handling | 1.00 | $25.00 | $25.00 |

| Notes: | | **Invoice Total:** | **$2,231.50** |
|---|---|---:|---:|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$2,231.50** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6157661
**Invoice Date:** 11/7/2022
**Balance Due:** $2,231.50

Pay by Credit Card: www.veritext.com

54285

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of January, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Tressa V. Johnson
Kristy L. Bennett
JOHNSON AND BENNETT, PLLC
1407 Union Avenue, Suite 807
Memphis, TN 38104
tressa@myjbfirm.com
kristy@myjbfirm.com

*Attorneys for Plaintiff*

*s/ Luci L. Nelson* _____